**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Lisa Pillot<br>            Debtor, | Chapter: 7<br>Case No: 11–11952<br>Judge William C. Hillman |

**ORDER**
**REGARDING DEFICIENT FILING**

Your recent filing of **Amended Schedules B, C & Summary** on **JUNE 17, 2011** with the Court was deficient and/or defective as noted below:

☐  Service (Missing or Insufficient)

☐  Verified statement or an unsworn declaration as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746.

☐  Declaration Re: Electronic Filing (Official Local Form 7) as required by MEFR 7(a)

☐  Chapter 13 Agreement Between Debtor and Counsel (Official Local Form 8) as required by MLBR App. 1, Rule 13–2 (a)(8).

☐  Reaffirmation Agreement Cover Sheet.

☐  Real Estate Worksheet.

☐  Debtor(s) Schedule of Disputed Payments in Opposition to Motion for Relief from Stay – Post Petition Transaction History.

☐  Motion to Amend Plan.

☐  Motion to Approve Stipulation.

☐  Certificate of Conference.

☐  Notice of Amendment to Schedules.

☑  Motion to Amend Schedules.

☐  Adversary Proceeding Cover Sheet.

☐  Proposed Notice to the Objection to Claim MLBR 3007–1(b).

☐  ECF filer and signature on the document do not match; please refile. See App. 8, Rule 8(a) of MLBR.

☐  Other

You are hereby **ORDERED** to file the above required documents(s) on or before **JUNE 27, 2011** .

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW.
FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

- ⦿ United States Bankruptcy Court
  John. W. McCormack Post
  Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109–3945

- ○ United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608–2076

- ○ United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105–2925

Date:6/20/11

By the Court,

Joan M. Regan
Deputy Clerk
617–748–5331

17 – 16