UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Lisa Pillot,<br>    Debtor | Case No. 11-11952WCH<br>(Chapter 7) |

### Debtor's Motion to Amend Schedules B and C

Now comes the Debtor, Lisa Pillot, and respectfully requests this Honorable Court, pursuant to Federal Rules of Bankruptcy, Rule 1009, and Massachusetts Local Bankruptcy Rule 1009-1, to allow the Debtor to amend her Schedules B and C to add and exempt, to the extent possible, a contingent interest in the estate of a decedent (her father, Carlos Pillot). As reasons therefore, the Debtor states the following:

1. The Debtor filed her Chapter 7 petition on March 9, 2011.

2. The Debtor's original filing did not include the value of the Debtor's contingent interest in the estate of a decedent in Schedule B and therefore the Debtor did not claim the value of the exemption. This omission was inadvertent.

3. The value of the inheritance property and the value of the claimed exemption were unknown at the time of filing because the will of the Decedent under which the Debtor expects to take was not then available and no probate action had been commenced.

4. At the time of the Debtor's original filing, under 11 U.S.C. 522(d)(5) the Debtor was entitled to, but did not apply, an unused homestead exemption of up to $11,420.00.

5. Fairness requires that since the value of personal property listed in Schedule B has been increased due to inclusion of the contingent inheritance, the Debtor be entitled to apply her unused homestead exemption of $11,420.00.

6. It is well established that "a debtor may amend a schedule at any time before the case is closed and shall give notice of such amendment to the trustee and 'any entity affected thereby.'" *In re: Govoni*, 289 B.R. 500 (Bankr. D. Mass. 2002).

7. This case has not been closed. This is Debtor's first request to amend her Schedules.

8. The Debtor revealed the contingent inheritance in good faith with no attempt at concealment at the Meeting of Creditors. Further, the creditors would not be prejudiced by this motion.

9. The Debtor's Amended Schedules B and C accompany this motion.

WHEREFORE, the Debtor respectfully requests this Honorable Court grant her motion to amend her Schedules B and C.

                                                  Respectfully submitted,
                                                  LISA PILLOT,
                                                  By her attorney,

June 22, 2011
Date
                                                  Alfred C. Phillips
                                                  MetroWest Legal Services
                                                  63 Fountain Street, Suite 304
                                                  Framingham, MA  01702
                                                  (508) 620-1830
                                                  BBO#398260