| | |
|---|---:|
| **Riley Law Group LLC** | *Attorneys at Law* |

100 Franklin Street<br>
Boston, MA 02110<br>
(TEL)  617-399-7300<br>
(FAX) 617-399-7410<br>
(EMAIL) riley@rileylawgroup.com

June 24, 2011

Clerk
United States Bankruptcy Court
John. W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

Re:    Lisa Pillot, Chapter 7, Case Number 11-11952 WCH

## REQUEST FOR CLAIMS BAR DATE

Dear Sir or Madam:

I am currently serving as the Chapter 7 Trustee for the above referenced debtor.  It appears that there may be a distribution to creditors in this case.

I am requesting that your office establish a claims bar date and notify creditors of the deadline for filing a proof of claim as set forth in FRBP 3002(c)(5).

Thank you for your time and attention to this matter.

Sincerely,

/s/ Lynne F. Riley, Trustee
(BBO# 561965)