**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Lisa Pillot | Chapter: 7 |
|         Debtor, | Case No: 11–11952 |
| | Judge William C. Hillman |

### NOTICE TO CREDITORS TO FILE CLAIMS

It now appears that there may be sufficient funds to pay a dividend to unsecured creditors. The size of the dividend will depend on the claims that are filed and allowed. To participate in any distribution you must file a claim with the **OFFICE OF THE CLERK**, in one of the following locations.

○ United States Bankruptcy Court
John. W. McCormack Post
Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945

○ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608–2076

○ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105–2925

A proof of claim form has been included with this notice for your convenience.

NO DIVIDEND CHECK LESS THAN $5.00 WILL BE ISSUED.

The last day of filing a claim is **9/26/11**

For further information, please contact the Trustee:

Lynne F. Riley
Riley Law Group LLC
100 Franklin Street
Boston, MA 02110
617–399–7300

Date:6/27/11                                                                                James M. Lynch
                                                                                           Clerk, U.S. Bankruptcy Court