UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  Lisa Pillot,  )
                              Debtor  )  Case No. 11-11952WCH
                                         )  (Chapter 7)
                                         )

### Debtor's Motion to Amend Schedules B and C

Now comes the Debtor, Lisa Pillot, and respectfully requests this Honorable Court, pursuant to Federal Rules of Bankruptcy, Rule 1009, and Massachusetts Local Bankruptcy Rule 1009-1, to allow the Debtor to amend her Schedules B and C to add and exempt, to the extent possible, a contingent interest in the estate of a decedent (her father, Carlos Pillot). As reasons therefore, the Debtor states the following:

1. The Debtor filed her Chapter 7 petition on March 9, 2011.

2. The Debtor's original filing did not include the value of the Debtor's contingent interest in the estate of a decedent in Schedule B and therefore the Debtor did not claim the value of the exemption. This omission was inadvertent.

3. The value of the inheritance property and the value of the claimed exemption were unknown at the time of filing because the will of the Decedent under which the Debtor expects to take was not then available and no probate action had been commenced.

4. At the time of the Debtor's original filing, under 11 U.S.C. 522(d) (5) the Debtor was entitled to, but did not apply, an unused homestead exemption of up to $11,420.00.



07/01/2011 Granted.